**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Allyson Wallace PRO-SE
Plaintiff

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

IDEAVILLAGE PRODUCTS CORPORATION;
KEVIN J. O'CONNER; and LUM,
DRASCO & POSITAN LLC,
                    Defendants.

**RECEIVED**

JUN 26 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

AMENDED **COMPLAINT**

Jury Trial: [✓] Yes  [ ] No
                (check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   Parties in this complaint:

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name
            Street Address          Allyson Wallace
            County, City            P.O. BOX 22715
            State & Zip Code        Essex, Newark
            Telephone Number        New Jersey, 07101-2715
                                    (862) 230-8970

B. **List all defendants.** You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

**Defendant No. 1**

IDEAVILLAGE PRODUCTS CORPORATION;
http://www.ideavillage.com/contactus.html
Phone number: (973) 826-8400

KEVIN J. O'CONNER; and LUM, DRASCO & POSITAN LLC,
www.lumlaw.com
Phone number: (973) 403-9000
Fax number: (973) 403-9021
Defendants.

Name: IDEAVILLAGE PRODUCTS CORPORATION;
Street Address: 155 US HIGHWAY 46 WEST, 4TH FLOOR
County, City: Passaic, WAYNE
State & Zip Code: NEW JERSEY, 07470-6831

Name: KEVIN J. O'CONNER ESQ. and LUM, DRASCO & POSITAN LLC;
Street Address: 103 EISENHOWER PARKWAY
County, City: Essex, ROSELAND
State & Zip Code: NEW JERSEY, 07068-1049

**Defendant No. 3**

Name:
Street Address:
County, City:
State & Zip Code:

**Defendant No. 4**

Name:
Street Address:
County, City:
State & Zip Code:

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question – Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship – Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   [✓] Federal Questions      [ ] Diversity of Citizenship
   [ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

(1). This action arises under the patent laws of the United States, 35 U.S.C. §§271, 281,283-285. Subject matter jurisdiction is conferred on this Court by U.S.C. §§ 1331 and 1338(a). Venue is proper in this Court under 28 U.S.C. §§ 1391(b), 1391(c) and/or 1400(b). 35 U.S.C. § 289(1994).

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

**Defendant No. 1**

IDEAVILLAGE PRODUCTS CORPORATION;
http://www.ideavillage.com/contactus.html
Phone number: (973)826-8400

KEVIN J. O'CONNER; and LUM, DRASCO & POSITAN LLC,
www.lumlaw.com
Phone number: (973)403-9000
Fax number: (973)403-9021
Defendants.

Name: IDEAVILLAGE PRODUCTS CORPORATION;
Street Address: 155 US HIGHWAY 46 WEST, 4TH FLOOR
County, City: Passaic, WAYNE
State & Zip Code: NEW JERSEY, 07470-6831

Name: KEVIN J. O'CONNER ESQ. and LUM, DRASCO & POSITAN LLC;
Street Address: 103 EISENHOWER PARKWAY
County, City: Essex, ROSELAND
State & Zip Code: NEW JERSEY, 07068-1049

**Defendant No. 3**

Name: ___
Street Address: ___
County, City: ___
State & Zip Code: ___

**Defendant No. 4**

Name: ___
Street Address: ___
County, City: ___
State & Zip Code: ___

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question – Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship – Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? (check all that apply)
[✓] Federal Questions     [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

(1). This action arises under the patent laws of the United States, 35 U.S.C. §§271, 281,283-285. Subject matter jurisdiction is conferred on this Court by U.S.C. §§ 1331 and 1338(a). Venue is proper in this Court under 28 U.S.C. §§ 1391(b), 1391(c) and/or 1400(b). 35 U.S.C. § 289(1994).

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___Allyson Wallace, P.O. Box 22215, Newark, NJ 07101-2215___

Defendant(s) state(s) of citizenship ___IDEAVILLAGE PRODUCTS CORPORATION, 155 US HIGHWAY 46 WEST, 4TH FLOOR, Passaic, Wayne, New Jersey 07470-6831___

III.  Statement of Claim: KEVIN J. O'CONNOR ESQ. and LUM DRASCO, & POSITAN LLC, 103 EISENHOWER PARKWAY, ROSELAND, NEW JERSEY, 07068-1049.

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? ___The cause of this action is Theft. The Jurisdiction depends on is theft. The courts error of compensation of theft of my invention.___

B.  What date and approximate time did the events giving rise to your claim(s) occur? ___

Allyson Wallace, initially acting Pro-Se, sued Jason Drangel, IDEAVILLAGE PRODUCTS CORPORATION Kevin J. O'Connor Esq.; and Lum Drasco & Positan LLC, for infringement of U.S. Design Patent No. D485,990S entitled the "Body Washing Brush" on 11/27/2006. IDEAVILLAGE's product, "Spin Spa" which is embodiment of U.S. Design Patent No. D550,914S entitled "Hand Held Cleaning Unit" infringed the U.S. Design Patent No. "D485,990S".

C.  Facts:

**What happened to you?**

— IdeaVillage is a developer and marketer of "As Seen on TV" consumer products. IdeaVillage's Spin Spa Product, which is an embodiment of U.S. DESIGN PATENT No. D550,914S, entitled "Hand Held Cleaning Unit," issued to Khubani on September 11, 2007 infringed the
— Appellant U.S. DESIGN PATENT No. D485,990. entitled the "Body Washing Brush" issued on February 3, 2004. All the Defendants'
— added was three other pieces a rope; tighten handle, and a cap to the opening at the base of the handle to give the appearance of different overall shapes between the brush of the Plaintiff's Patent and the Defendants' Spin Spa Product and took photo shots, perhaps achieved by
— using an indirect camera angle, with the rope; tighten handle, and a cap to the opening at the base of the handle to the opening at the base of the handle to make the Spin Spa Product have a pointed end that work to enhance the appearance of dissimilarities. When the three pieces is removed a rope, tighten handle, and the cap to the opening at the base of the handle to hold the batteries in or take the
— batteries out a similar "overall" appearance is revealed.

**Who did what?**

The Spin Spa product is an imitation of the original U.S. Patent No. D485,990S "Body Washing Brush" Issued to Allyson Wallace on February 3, 2004. U.S. Patent No. D550,914S "Hand Held Cleansing Unit" issued to Khubani on September 11, 2007 is the Spin Spa brush product. Defendant (Khubani) had three years to modify and steal my patent. There is evidence of infringement as Plaintiff's design and Defendant's product are not sufficiently distinct all (Defendant) Khubani did was add on three other pieces a rope, a tighten handle, and a cap to hold the batteries in and take the batteries out. My position is that the Spin Spa Product's physical characteristics are similar to those of the brush depicted in the U.S. Patent No. D485,990S. There is not a significant difference in the product specification or shape (see exhibits attached).

**Was anyone else involved?**

- IDEAVILLAGE PRODUCTS CORPORATION Kevin J. O'Connor Esq.; and Lum Drasco & Positan LLC, Defendants, The "final judgment" of the District Court which was affirmed by the Federal Circuit.

**Who else saw what happened?**

Jason Drangel, IDEAVILLAGE PRODUCTS CORPORATION Kevin J. O'Connor Esq.; and Lum Drasco & Positan LLC, Defendants, Magistrate Judge Mark Falk, Judge Dennis M. Cavanaugh, Magistrate Judge Joseph A. Dickson, Patrick D. Tobia Esq.; Joseph M. Manak, Esq., Judge Claire C. Cecchi, Chief Judge Sharon E. Brown, Jr., Prof. Charles Lee Thomason, District Court, Federal Circuit

-3-

IDEAVILLAGE PRODUCTS CORPORATION Kevin J. O'Connor Esq.; and Leee Drexco & Peoltzer LLC, Defendants has clearly taken plaintiff patented idea and made enormous profit from it. However, the standard set by the Federal Circuit Court in the Egyptian Goddess case seemingly allows for this very unfair ruling.

IV. **Injuries** — The "final judgment" of the Federal District Court in Newark, NJ was affirmed by the Federal Circuit changed the patent laws in 2008 to Egyptian Goddess, Inc. v. Swissa Inc. from the prior patent law Gorham v. White 1857.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

The doctrine of res judicata, for me, stands as an insurmountable barrier in pursuing further litigation against IDEAVILLAGE PRODUCTS CORPORATION Kevin J. O'Connor Esq.; and Leee Drexco & Peoltzer LLC, Defendants, for infringement. In simple terms:

The doctrine, bars re-litigation in a new proceeding of a previously adjudicated cause of action, "applies not only to all matters litigated and determined by such judgment but also as to all relevant issues which could have been presented, but were not." *Culver v. Ins. Co. of N. Am.*, 115 N.J. 451, 463 (1989).

V. **Relief:** Demand payment & other what the court deems necessary.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Demand 91 Million Dollars for theft of my patent. Damages (including treble damages for willful infringement), Lost Profits, Profit-Sharing, Reasonable Royalty, Injunctive Relief, Attorneys' Fees, Court Cost.

R. 60 FEDERAL RULES OF CIVIL PROCEDURE

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Plaintiff filed her case on 11/27/2006. On 10/15/07 entered on 10/16/2007, the court appointed Plaintiff Pro Bono counsel because my claim had some merit. Magistrate Judge Mark Falk, Judge Dennis M. Cavanaugh, Magistrate Judge Joseph A. Dickson. I was appointed two attorneys by the court. Patrick B. Tobin Esq.; Joseph M. Marek, Esq., Plaintiff has been through several settlement conferences in the Federal District Court in Newark, NJ. Plaintiff deserves some type of restitution from Jason Drangel, IDEAVILLAGE PRODUCTS CORPORATION Kevin J. O'Connor Esq.; and Leee Drexco & Peoltzer LLC, that is reaping millions of dollars based upon my idea and work to attempt to protect my idea. The "final judgment" of the Federal District Court in Newark, NJ was affirmed by the Federal Circuit changed the patent laws in 2008 to Egyptian Goddess, Inc. v. Swissa Inc. from the prior patent law Gorham v. White 1857.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23. day of June, 2023.

Signature of Plaintiff: *Allyson Wallace*
Mailing Address: P.O. BOX 22715
NEWARK, NJ. 07101-2715

Telephone Number: (862) 230-8970
Fax Number (if you have one): 
E-mail Address: wallaceallyson75@yahoo.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: *Allyson Wallace*